UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARC NUNES
        Plaintiff

V.

                          CIVIL ACTION:07CV10563-RWZ

CREDITORS FINANCIAL GROUP, LLC
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                  MAY 29, 2007

    The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if settlement is not consummated.

                                                    By the Court,

                                                    s/ Lisa A. Urso